| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) BERNSTEIN, STUART M. | 2. Court or Organization U.S. Bankruptcy Court | 3. Date of Report 09/1/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | **5a. Report Type (check appropriate type)** ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final **5b.** ☑ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

United States Bankruptcy Court
One Bowling Green
New York, New York 10004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | ███████████████ |
| 2. | Trustee | Trust # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 09/1/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | St. John's Law School Teaching | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | ▮▮▮▮▮▮▮▮▮ compensation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American Bankruptcy Institute | 10/24/2014 | Georgetown Law School, Washington, D.C. | Participation in seminar:"Views From the Bench" | Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 09/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 401K Plan | E | Dividend | N | T | | | | | |
| 2. Partners Defined Contrib. Plan | C | Dividend | M | T | | | | | |
| 3. JP Morgan Chase Bank Accounts | A | Interest | M | T | | | | | |
| 4. Citibank Accounts | A | Interest | N | T | | | | | |
| 5. Citibank Account | A | Interest | M | T | | | | | |
| 6. Citibank Account | A | Interest | K | T | | | | | |
| 7. Keogh (Target) Plan--Plan I | E | Int./Div. | O | T | | | | | |
| 8. Common-The Phoenix Companies | | None | | | Sold | 10/06/14 | J | A | |
| 9. Virtus Investment Partners | A | Dividend | | | Sold | 08/27/14 | J | B | |
| 10. Phoenix Life Insurance (Whole Life) | A | Interest | K | T | | | | | |
| 11. Defined Benefit Trust--Qualified Plan II | | None | | | | | | | |
| 12. Non-Deductible Contribution Plan III (Capital "C" Account) | | None | N | T | | | | | |
| 13. Capital "A" Account | E | Interest | O | T | | | | | |
| 14. Schwab US Treasury Money Fund (█████) | | None | N | T | | | | | |
| 15. PIMCO Foreign Bond (Hedged)-D (█████) | E | Dividend | N | T | Sold (part) | 01/03/14 | M | | |
| 16. Metropolitan West Total Return Bond Fund █████ | D | Dividend | N | T | Sold (part) | 01/03/14 | M | C | |
| 17. Pimco High Yield, Class D (█████) | E | Dividend | | | Sold (part) | 12/09/14 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 09/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 12/11/14 | M | | |
| 19. American Funds Capital Income Builder (2588) | D | Dividend | M | T | Sold (part) | 02/05/14 | N | D | |
| 20. Ivy Municipal High Income Fund ▉ ) | E | Dividend | O | T | Sold (part) | 01/03/14 | M | | |
| 21. | | | | | Buy (add'l) | 12/05/14 | M | | |
| 22. Invesco Comstock Fund ▉ | C | Dividend | M | T | Sold (part) | 01/03/14 | L | D | |
| 23. | | | | | Sold (part) | 02/19/14 | M | D | |
| 24. | | | | | Sold (part) | 10/14/14 | M | E | |
| 25. T. Rowe Price Capital Appreciation ▉ | E | Dividend | N | T | Sold (part) | 01/03/14 | M | | |
| 26. FPA Crescent ▉ | E | Dividend | N | T | Sold (part) | 01/03/14 | M | D | |
| 27. Rydex Consumer Products ▉ | E | Dividend | N | T | Sold (part) | 02/04/14 | M | | |
| 28. | | | | | Sold (part) | 01/03/14 | M | | |
| 29. | | | | | Buy (add'l) | 10/29/14 | M | | |
| 30. American Century Equity Income Fund ▉ ) | C | Dividend | N | T | Buy | 12/11/14 | M | | |
| 31. Fidelity Contrafund Fund ▉ ) | | None | M | T | Buy | 02/21/14 | M | | |
| 32. | | | | | Buy (add'l) | 12/31/14 | M | | |
| 33. | | | | | Sold (part) | 10/15/14 | M | | |
| 34. Franklin Income Fund A ▉ | D | Dividend | | | Buy | 02/20/14 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 09/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/25/14 | M | | |
| 36. | | | | | Buy (add'l) | 12/19/14 | M | | |
| 37. | | | | | Sold (part) | 12/05/14 | M | | |
| 38. | | | | | Sold | 12/11/14 | M | | |
| 39.   T. Rowe Price Capital Appreciation ▉ | E | Dividend | N | T | Buy (add'l) | 03/19/14 | K | | |
| 40. | | | | | Buy | 01/03/14 | M | | |
| 41. | | | | | Buy (add'l) | 03/21/14 | L | | |
| 42.   Rydex Healthcare ▉ | C | Dividend | N | T | Buy | 01/16/14 | M | | |
| 43. | | | | | Buy (add'l) | 01/21/14 | L | | |
| 44. | | | | | Buy (add'l) | 03/19/14 | L | | |
| 45. | | | | | Buy (add'l) | 03/21/14 | L | | |
| 46. | | | | | Buy (add'l) | 10/28/14 | L | | |
| 47. | | | | | Sold (part) | 04/08/14 | L | | |
| 48.   Rydex Retailing ▉ | | None | M | T | Buy | 01/08/14 | L | | |
| 49. | | | | | Buy (add'l) | 11/17/14 | M | | |
| 50. | | | | | Buy (add'l) | 11/26/14 | M | | |
| 51. | | | | | Sold (part) | 01/27/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 09/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PowerShares FTSE RAFI US 1000 Portfolio ▮ | B | Dividend | M | T | Buy | 09/16/14 | M | | |
| 53. | | | | | Buy (add'l) | 11/06/14 | M | | |
| 54. SPDR Sector-Industrials ▮ | B | Dividend | M | T | Buy | 10/31/14 | M | | |
| 55. | | | | | Buy (add'l) | 11/13/14 | M | | |
| 56. Vanguard Div Appreciation ▮ | | None | M | T | Buy | 12/30/14 | M | | |
| 57. iShares Cohen & Steers Realty ▮ | D | Dividend | N | T | Buy | 01/31/14 | L | | |
| 58. | | | | | Buy (add'l) | 04/11/14 | M | | |
| 59. Loomis Sayles Bond ▮ | D | Dividend | M | T | Buy | 01/15/14 | L | | |
| 60. | | | | | Buy (add'l) | 01/24/14 | L | | |
| 61. | | | | | Buy (add'l) | 03/25/14 | K | | |
| 62. | | | | | Sold (part) | 12/12/14 | M | | |
| 63. Schwab Government Money Fund ▮ ) | | None | N | T | | | | | |
| 64. Rydex Consumer Products ▮ | | None | | | Buy | 01/03/14 | M | | |
| 65. | | | | | Sold | 01/29/14 | M | | |
| 66. Rydex Leisure ▮ | | None | | | Buy | 01/08/14 | L | | |
| 67. | | | | | Buy (add'l) | 01/15/14 | L | | |
| 68. | | | | | Buy (add'l) | 03/21/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 09/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 09/11/14 | M | D | |
| 70. American Funds New World Fund⬛ | | None | | | Buy | 04/21/14 | M | | |
| 71. | | | | | Sold | 09/29/14 | M | | |
| 72. iShares DJ US IDX Transportation⬛ | B | Dividend | | | Buy | 01/10/14 | L | | |
| 73. | | | | | Buy (add'l) | 01/17/14 | L | | |
| 74. | | | | | Buy (add'l) | 03/27/14 | K | | |
| 75. | | | | | Sold (part) | 10/01/14 | L | D | |
| 76. | | | | | Sold | 10/15/14 | M | D | |
| 77. SPDR S&P Mid-Cap 400 Trust⬛ | B | Dividend | | | Buy | 01/10/14 | L | | |
| 78. | | | | | Buy (add'l) | 01/17/14 | L | | |
| 79. | | | | | Buy (add'l) | 03/27/14 | K | | |
| 80. | | | | | Sold (part) | 10/09/14 | M | | |
| 81. | | | | | Sold | 10/14/14 | M | | |
| 82. PIMCO High Yield, Class D⬛) | D | Dividend | | | Buy | 01/03/14 | M | | |
| 83. | | | | | Sold | 12/04/14 | M | | |
| 84. American High Income (IRA-⬛ | B | Dividend | | | Sold (part) | 12/03/14 | J | | |
| 85. | | | | | Sold | 12/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 09/1/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. American Century Equity Income Fund (IRA-███) | A | Dividend | K | T | Buy | 12/12/14 | J | | |
| 87. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 88. Schwab U.S. Treasury Money Funds (IRA-███) | | None | K | T | | | | | |
| 89. Metropolitan West Total Return Bond Fund (IRA-███) | A | Dividend | K | T | | | | | |
| 90. PIMCO Foreign Bond (Hedged)-D (IRA-███) | B | Dividend | K | T | | | | | |
| 91. American Funds Capital Income Builder (IRA-███) | B | Dividend | K | T | | | | | |
| 92. Invesco Comstock Fund (IRA-███) | A | Dividend | K | T | Sold (part) | 10/14/14 | J | B | |
| 93. | | | | | Sold (part) | 02/03/14 | K | A | |
| 94. T. Rowe Price Capital Appreciation (IRA-███) | C | Dividend | K | T | Sold (part) | 01/06/14 | K | | |
| 95. FPA Crescent (IRA-███) | B | Dividend | K | T | | | | | |
| 96. Rydex Consumer Products (IRA-███) | B | Dividend | K | T | Buy (add'l) | 10/29/14 | J | | |
| 97. | | | | | Sold (part) | 02/05/14 | J | | |
| 98. Loomis Sayles Bond (IRA-███) | B | Dividend | | | Sold (part) | 12/12/14 | J | | |
| 99. | | | | | Sold (part) | 01/06/14 | K | | |
| 100. | | | | | Sold (part) | 12/16/14 | J | | |
| 101. | | | | | Sold | 12/17/14 | J | A | |
| 102. American Funds Growth Fund of America (IRA-███) | | None | J | T | Buy | 02/21/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BERNSTEIN, STUART M. | 09/1/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 104. | | | | | Sold (part) | 10/15/14 | K | | |
| 105. DoubleLine Total Return Bond (IRA-▮▮) | A | Dividend | K | T | Buy | 12/12/14 | J | | |
| 106. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 107. Franklin Income Fund A (IRA▮▮) | A | Dividend | | | Buy | 02/20/14 | J | | |
| 108. | | | | | Sold | 12/11/14 | J | | |
| 109. T. Rowe Price Capital Appreciation (IRA▮▮) | C | Dividend | K | T | Buy (add'l) | 03/19/14 | J | | |
| 110. | | | | | Buy | 01/06/14 | K | | |
| 111. Cohen & Steers Realty Shares (IRA▮▮) | B | Dividend | K | T | Buy | 01/30/14 | J | | |
| 112. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 113. ICON Industrials Fund Class S (IRA-▮▮) | | None | J | T | Buy | 12/31/14 | K | | |
| 114. ProFunds Industrial Ultra Sector (IRA▮▮) | A | Dividend | J | T | Buy | 11/07/14 | K | | |
| 115. Rydex Healthcare (IRA-▮▮) | A | Dividend | K | T | Buy | 01/08/14 | J | | |
| 116. | | | | | Buy (add'l) | 01/10/14 | K | | |
| 117. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 118. | | | | | Sold (part) | 04/08/14 | J | A | |
| 119. Rydex Retailing (IRA▮▮) | | None | K | T | Buy | 11/17/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 09/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/26/14 | J | | |
| 121. Guggenheim S&P 500 Equal Weight ETF (IRA▮) | A | Dividend | K | T | Buy | 09/16/14 | J | | |
| 122. | | | | | Buy (add'l) | 11/05/14 | J | | |
| 123. Schwab U.S. Bond Market ETF (IRA▮) | A | Dividend | K | T | Buy | 01/10/14 | J | | |
| 124. | | | | | Buy (add'l) | 01/17/14 | J | | |
| 125. | | | | | Sold (part) | 01/15/14 | J | | |
| 126. Loomis Sayles Bond (IRA▮) | B | Dividend | J | T | Buy | 01/06/14 | K | | |
| 127. | | | | | Sold (part) | 12/24/14 | J | A | |
| 128. Schwab Government Money Fund (IRA-▮) | | None | L | T | | | | | |
| 129. American Funds New World Fund F (IRA-▮) | | None | | | Buy | 04/21/14 | J | | |
| 130. | | | | | Sold | 09/29/14 | J | | |
| 131. Deutsche High Income Fund Class A (IRA▮) | B | Dividend | | | Buy | 01/08/14 | J | | |
| 132. | | | | | Buy (add'l) | 01/15/14 | J | | |
| 133. | | | | | Sold (part) | 12/03/14 | J | | |
| 134. | | | | | Sold | 12/11/14 | J | | |
| 135. Rydex Leisure (IRA▮) | | None | | | Buy | 01/08/14 | K | | |
| 136. | | | | | Buy (add'l) | 01/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 09/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 09/11/14 | K | B | |
| 138. Rydex Transportation Fund (IRA███) | | None | | | Buy | 01/08/14 | J | | |
| 139. | | | | | Buy (add'l) | 01/15/14 | J | | |
| 140. | | | | | Sold (part) | 10/01/14 | J | A | |
| 141. | | | | | Sold | 10/14/14 | K | A | |
| 142. Trust # 1 | A | Interest | K | T | | | | | |
| 143. - JP MorganChase Bank Account | | | | | | | | | |
| 144. -John Hancock Life Insurance Policy | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. Vanguard Prime Money Market Instl (401k) | A | Dividend | M | T | Buy | 12/15/14 | K | | |
| 147. T. Rowe Price Personal Strat Balanced (401k) | D | Dividend | M | T | Buy | 12/23/14 | M | | |
| 148. Dodge & Cox Stock (401k) | A | Dividend | | | Sold | 12/23/14 | K | C | |
| 149. Vanguard Institutional Index I (401k) | A | Dividend | | | Sold | 12/23/14 | K | C | |
| 150. FPA Capital (401k) | B | Dividend | | | Sold | 12/23/14 | K | A | |
| 151. American FundsEuroPacific Gr. R6 (401k) | | None | | | Sold | 12/23/14 | K | | |
| 152. | | | | | | | | | |
| 153. Vanguard Prime Money Market Instl (Defined Contribution Plan) | A | Dividend | L | T | Buy | 12/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 09/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. T. Row Price Personal Strat Balanced (Defined Contribution Plan) | A | Dividend | L | T | Buy | 12/23/14 | L | | |
| 155. Dodge & Cox Stock (Defined Benefit Plan) | A | Dividend | | | Sold | 12/23/14 | J | B | |
| 156. Vanguard Intitutional Index I (Defined Contribution Plan) | A | Dividend | | | Sold | 12/23/14 | J | B | |
| 157. FPA Capital (Defined Contribution Plan) | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 158. American Funds EuroPacific Gr R 6 (Defined Contribution Plan) | | None | | | Sold | 12/23/14 | J | | |
| 159. T. Rowe Price Personal Strat Income (Defined Contribution Plan) | C | Dividend | | | Sold | 12/23/14 | K | B | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BERNSTEIN, STUART M. | 09/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 09/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All information and explanations relate to Part VII:

### GENERAL COMMENTS

1. Where the asset was purchased, sold or held in an IRA, "IRA" is noted parenthetically in the "Description of Assets."

2. Where multiple purchases or sales of an asset were made during the year, the aggregate amount of income, if any, and value (if still held at the end of the reporting period) are reported on the first line on which the asset is listed.

### SPECIFIC COMMENTS

Lines 1 and 2: These are pension plans. Contributions were made during 2014 to the 401 K (line 1) but not to the Partners Defined Contribution Plan (line 2). The assets in these plans are reported on lines 146-59.

Line 7: The participant in this Keogh account makes annual contributions, but there is no specific account in the participant's name. The value and income reflected on Part VII represent the participant's allocable share of the value and income of the Keogh account. There are also sale transactions in the Keogh account that generate gains and/or losses. These gains and/or losses are reflected in the value of the participant's allocable portion.

Line 9: On December 31, 2008, the Phoenix Companies distributed common stock in Virtus Investment Partners, Inc. to Phoenix shareholders. I, a Phoenix shareholder, did not take note of the Virtus stock dividend until I received a $3.15 dividend check in 2014, at which point I inquired about the acquisition of the security. Following the inquiry I sold the Virtus as well as the Phoenix shares.

Line 11: This entry relates to a Defined Benefit Trust-Qualified Plan II. Upon vesting, there will be a right to an annuity, but the value of that annuity is not presently calculable. The participant did not make a contribution during 2014, but a contribution on the participant's behalf was made by the participant's firm.

Line 12: The participant did not make a contribution to the participant's Capital "C" account in 2014, but the participant's firm made a contribution on the participant's behalf.

Line 13: No contributions were made to the Capital "A" account in 2014.

lines 14-141 Prior to 2014, I maintained two brokerage accounts with Charles Schwab, an IRA and a ▮▮▮▮▮▮▮▮ account ▮▮▮▮▮▮. Each of these accounts was split in two in 2014, consistent with different investment objectives, and the new IRA and T/C accounts were initially funded with journal entry transfers from the corresponding existing accounts. The report treats the transfers as sales by the existing account to the new account. Thereafter, the four accounts engaged in separate purchases and sales as indicated on this report. The report identifies the owner of the security that is the subject of the reported transaction with a parenthetical reference to a four digit number corresponding to the last four digits of the account number.

### RESPONSES TO AUGUST 7, 2015 LETTER FROM THE COMMITTEE REGARDING PART VII - 2014 REPORT

Lines 63 and 128: These entries relate to accounts established in 2014. There would not be any entries regarding these accounts in prior reports.

Line 88: The name of the fund has been corrected to "Schwab U.S. Treasury Funds." It is the same fund listed in Part VII, line 44 of the 2013 report where it was misnamed "Schwab Money Market Funds."

### RESPONSES TO AUGUST 7, 2015 LETTER FROM THE COMMITTEE REGARDING PART VII - 2013 REPORT

Line 44: As noted above, the fund was misnamed the "Schwab Money Market Funds." The correct name is "Schwab U.S. Treasury Funds"

Line 66: The sale of American High Income (IRA) was reported on line 85 of the 2014 report.

Line 70: The sale of Rydex Inverse Gov't Long Bond (IRA) was reported on line 76 of the 2013 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STUART M. BERNSTEIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544